Decided December 30, 2003

STATE OF CONNECTICUT *v.* SAMUEL HOOKS

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 75 (AC 23208), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided December 30, 2003

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 902 (AC 23342), is denied.

Decided December 30, 2003